**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Bryan Dryden, | 2:16-cv-01227-JAD-GWF |
|      Plaintiff | **Order Denying Motions for Temporary Restraining Order and Preliminary Injunction** |
| v. | |
| State of Nevada, *et al.*, | [ECF Nos. 5, 6] |
|      Defendants | |

     In this removed 42 U.S.C. § 1983 action, pro se prisoner Bryan Dryden sues the State of Nevada and various individuals for civil-rights violations that allegedly occurred while Dryden was incarcerated at the High Desert State Prison.[1]  Dryden moves for a preliminary injunction and temporary restraining order enjoining defendants from "gathering together general population inmates with protective custody level inmates, in fish tanks, & transport vans" and engaging in "any out of the ordinary acts of cruel & unusual acts of aggression, use of excessive force, &, or retaliation against [him]."[2]

     Dryden's two-page filing is structured as a proposed order and Dryden offers no memorandum of points and authorities to show that he is entitled to the injunctive relief he requests. A preliminary injunction is an "extraordinary remedy" that may be awarded only upon a clear showing by the plaintiff that: (1) the plaintiff is likely to succeed on the merits of his complaint; (2) irreparable harm will result in the absence of an injunction; (3) the balance of equities favors an injunction; and (4) an injunction is in the public's interest."[3]  Because Dryden has not attempted—let alone made—this showing, I deny his motions without prejudice.

---

[1] ECF No. 1-2.

[2] ECF No. 5.

[3] *Winters v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (citations omitted).

Accordingly, IT IS HEREBY ORDERED that **Dryden's motions for temporary restraining order and preliminary injunction [ECF Nos. 5, 6] are DENIED without prejudice**.

Dated this 29th day of June, 2016.

_____
Jennifer A. Dorsey
United States District Judge