**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRYAN DRYDEN, )<br>     Plaintiff, )<br>  v. )<br>STATE OF NEVADA et al., )<br>     Defendants. )<br>_____ ) | 2:16-cv-01227-JAD-GWF<br><br>**ORDER** |

**I.  DISCUSSION**

On January 27, 2017, this Court issued a screening order permitting Plaintiff to file a second amended complaint on or before February 27, 2017. (ECF No. 19 at 11). In February 2017, Plaintiff filed two motions for extension of time to file his second amended complaint. (ECF No. 21, 22). Plaintiff asserts that he is in segregation and that his law library requests are still pending. (ECF No. 21 at 2). Plaintiff seeks a thirty (30) day extension of time. (*Id.*) The Court grants the motions for extension of time to file a second amended complaint. Plaintiff shall file his second amended complaint on or before Friday, April 14, 2017.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motions for extension of time (ECF No. 21, 22) are granted.

IT IS FURTHER ORDERED that on or before Friday, April 14, 2017, Plaintiff shall file his second amended complaint.

IT IS FURTHER ORDERED that, if Plaintiff chooses not to file a second amended complaint curing the stated deficiencies of the first amended complaint, this action shall proceed immediately on his failure-to-protect claim (count one) against Osborn and the

excessive-force claim (counts one, three, and four) against Neilson and Osborn and against John Doe Intake Sergeant once Plaintiff learns his identity.

DATED: This 1st day of March, 2017.

_____
United States Magistrate Judge