UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRYAN DRYDEN,<br><br>                      Plaintiff,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>                      Defendants. | Case No. 2:16-cv-01227-JAD-GWF<br><br>**ORDER** |

      This matter is before the Court on Plaintiff's Motion for Production of Documents (ECF No. 77), filed on April 30, 2019. Also before the Court is Plaintiff's Request for Production of Documents (ECF No. 78), filed on May 6, 2019.

      Plaintiff's filings appear to be his initial requests for production of documents to Defendants which are governed by Rule 34 of the Federal Rules of Civil Procedure. Plaintiff should serve such requests upon Defendants. Plaintiff does not file his discovery requests with the Court. Rule 34(b)(2) provides that "the party to whom the request is directed must respond in writing within 30 days after being served. . ." Fed. R. Civ. P. 34(b)(2). A motion for an order compelling disclosure or discovery is governed by Rule 37 of the Federal Rules of Civil Procedure and provides that "the motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure in an effort to obtain it without court action." Fed. R. Civ. P. 37(a)(1). Plaintiff may file with the Court a motion to compel pursuant to Rule 37 of the Federal Rules of Civil Procedure after Defendant has failed to respond to his requests, objected to his requests, or if its responses are inadequate. Before filing a motion to compel Plaintiff must meet and confer with the responsive party to attempt to resolve the dispute pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule ("LR") IA 1-3(f) and LR 26-7. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Production of Documents (ECF No. 77) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Request for Production of Documents (ECF No. 78) is **denied**.

Dated this 9th day of May, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE