UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRYAN DRYDEN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-01227-JAD-EJY<br><br>**ORDER** |

Before the Court is Defendants' Motion for an Extension of Time in which to Respond to Plaintiff's Motion for Summary Judgment. ECF No. 142.

On April 29, 2020, this Court granted in part and denied in part Plaintiff's Motion for Production of Documents. ECF No. 141. Recognizing the merits of ruling on all of the material facts before it in consideration of the parties' pending Motions for Summary Judgments, the Court ordered High Desert State Prison to schedule a time with Plaintiff to review his medical records within ten days of the issuance of the Order. *Id*. As an appropriate result of the Court's Order, Defendants now seek an extension of time within which to file oppositions to pending Motions for Summary Judgment because the "medical records may be considered by the Court in its decision on" such motions. ECF No. 142. The Court agrees.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for an Extension of Time in which to Respond to Plaintiff's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that the parties shall file a Joint Status Report advising the Court whether Plaintiff has reviewed his medical records no later than **twenty (20) days** after the date of this Order. Upon filing the Joint Status Report, the Court shall set a date by which each party is required to respond to the opposing party's Motion for Summary Judgment.

DATED THIS 1st day of May, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1