UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRYAN DRYDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:16-cv-01227-JAD-EJY<br><br>**ORDER** |

Before the Court are Plaintiff's Motions Requesting Documents (ECF Nos. 145 and 146). Discovery closed in this matter on March 13, 2020. (ECF No. 113). No motion to reopen discovery is before the Court and none will be entertained at this time as Motions for Summary Judgment were filed by Plaintiff and Defendant (ECF Nos. 134 and 137, respectively), in early April.

Accordingly, Plaintiff's Motions Requesting Documents (ECF Nos. 145 and 146) are DENIED.

DATED this 4th day of May, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1