UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRYAN DRYDEN,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA, *et al.*,<br><br>  Defendants. | Case No. 2:16-cv-01227-JAD-EJY<br><br>**ORDER** |

On May 1, 2020, this Court granted Defendants' Motion for an Extension of Time in which to Respond to Plaintiff's Motion for Summary Judgment, and ordered the parties to file a joint status report advising the Court whether Plaintiff has reviewed his medical records. ECF No. 143. The Court stated it would set a date by which the parties are required to respond to the opposing party's Motion for Summary Judgment after the joint status report has been filed. *Id*. at 1:24–25.

On May 8, 2020, Defendants filed a Notice of Compliance advising the Court that Plaintiff had conducted his review of his medical file and selected one page to be submitted to the Court. ECF No. 149 at 2:14–15.

Accordingly, IT IS HEREBY ORDERED that:

- Defendants shall have **thirty (30) days** from the date of this Order to file an Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 137);
- Plaintiff shall have **fourteen (14) days** from the filing of Defendant's Opposition to file a Reply in support of his Motion for Summary Judgment; and,
- Defendants shall have **fourteen (14) days** from the date of this Order to file a Reply in support of their Motion for Summary Judgment (ECF No. 134).

DATED THIS 12th day of May, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE