UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Bryan Dryden,<br><br>         Plaintiff<br><br>v.<br><br>State of Nevada, et al.,<br><br>         Defendants | Case No.: 2:16-cv-01227-JAD-EJY<br><br>**Order Granting Motion to<br>Extend Reply Deadline**<br><br>[ECF No. 158] |

　　Plaintiff Bryan Dryden moves for a 30-day extension of his deadline to file a reply in support of his motion for summary judgment, citing personal tragedies, other projects, and a move to a new unit that separated him from his legal papers.[1]  Good cause appearing, IT IS HEREBY ORDERED that the motion to extend time **[ECF No. 158] is GRANTED**.  **Dryden's deadline to file his reply in support of his motion for summary judgment [ECF No. 137] is extended to July 25, 2020.**

　　Dated: June 23, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 158.