1  AARON D. FORD
     Attorney General
2  Henry H. Kim (Bar No. 14390)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3095 (phone)
   (702) 486-3773 (fax)
6  E-mail:  hkim@ag.nv.gov
   *Attorneys for Defendant*
7  *Ted Nielson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN DRYDEN,<br><br>                     Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                     Defendants. | Case No.  2:16-cv-01227-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A PROPOSED JOINT PRETRIAL ORDER PURSUANT TO THIS COURT'S ORDER (ECF NO. 169)** |

Plaintiff, Bryan Dryden, by and through counsel, Justin V. Alper, and Defendant, Ted Nielson, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Henry H. Kim, Deputy Attorney General, hereby stipulate and agree to extend the deadline to file a proposed joint pretrial order pursuant to this Court's Order (ECF No. 167) as follows:

Proposed Joint Pretrial Order due: January 7, 2022.

Good Cause for Extension of Deadline:

Plaintiff's counsel was appointed recently on August 9, 2021. Plaintiff's counsel needs time to review the pleadings that have been filed in this case and discovery that has been exchanged in order to familiarize himself with the case. Additionally, Plaintiff's

. . .

. . .

. . .

counsel may need to move the Court for additional discovery. Parties agree that this constitutes a good cause for the requested extension under LR IA 6-1.

DATED this 2nd day of September, 2021.   DATED this 2nd day of September, 2021.

AARON D. FORD
Attorney General

By: /s/ *Henry H. Kim*  
    Henry H. Kim (No. 14390)  
    Deputy Attorney General  
    *Attorneys for Defendant Ted Nielson*

By: /s/ *Justin V. Alper*  
    Justin V. Alper (No. 12923C)  
    *Attorney for Plaintiff Bryan Dryden*

**IT IS SO ORDERED.**

_____  
UNITED STATES DISTRICT COURT JUDGE  
September 3, 2021