AARON D. FORD
  Attorney General
DAVID A. BAILEY, Bar No. 13661
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Tel: (775) 684-1163
E-mail: dabailey@ag.nv.gov

*Attorneys for Defendant*
*Ted Nielson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN DRYDEN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-01227-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND THE CLOSE OF DISCOVERY AND THE DEADLINE TO FILE A PROPOSED JOINT PRETRIAL ORDER**<br>**[Second Request]** |

    Plaintiff, Bryan Dryden, by and through counsel, Justin V. Alper, and Defendant, Ted Nielson, by and through counsel, Aaron D. Ford, Nevada Attorney General, and David A. Bailey, Deputy Attorney General, hereby stipulate and agree to extend the close of discovery 90 days to permit Plaintiff's newly appointed *pro bono* counsel to complete his investigation, take depositions, and propound additional discovery (if necessary).

    The current deadline for discovery to close and for the parties to submit their Proposed Joint Pretrial Order is January 7, 2022. The parties stipulate to extend these deadlines 90 days until April 7, 2022, with all other discovery related deadlines likewise extended 90 days.

    Good Cause for Extension of Deadline:

    Plaintiff's counsel was appointed only on August 9, 2021, and this case has been in protracted litigation for years. The Court granted Plaintiff's request to reopen discovery and the parties stipulation to extend the deadline to file the Proposed Joint Pretrial Order. Plaintiff's counsel still needs additional time to investigate and conduct additional

discovery. Also, Counsel for Plaintiff and Counsel for Defendant are working on scheduling depositions as well as working through discovery issues regarding documents produced by Defendant. Counsel for Plaintiff and Counsel for Defendant require additional time to negotiate Plaintiff's request for documents, and will endeavor to avoid seeking the Court's involvement. Counsel for Plaintiff has subpoenaed multiple third parties, but is still trying to locate witnesses.

The parties stipulate that this constitutes a good cause for the requested extension under LR IA 6-1, and, therefore, request the Court extend the following deadlines so that justice may be done:

| Item | Current Deadline | New Deadline |
|---|---|---|
| Close of discovery | January 7, 2022 | April 7, 2022 |
| Submission of Proposed Joint Pretrial Order | January 7, 2022 | April 7, 2022 |
| Dispositive Motions due | February 7, 2022 | May 8, 2022 |
| Pretrial Order | March 9, 2022 | June 7, 2022* |

* Unless a dispositive motion is pending on that date thereby automatically extending the due date for the pre-trial order to 30 days after the pending dispositive motion is resolved.

DATED this 7th day of January 2022.

AARON D. FORD
Attorney General

By: /s/ *David A. Bailey*
David A. Bailey (No. 13661)
Deputy Attorney General
*Attorneys for Defendant Ted Nielson*

By: /s/ *Justin V. Alper*
Justin V. Alper (No. 12923C)
*Attorney for Plaintiff Bryan Dryden*

**IT IS HEREBY ORDERED that the Stipulation and Order to Extend the Close of Discovery and the Deadline to File a Proposed Joint Pretrial Order (ECF No. 185) is DENIED because the parties misstate the deadline they seek to extend. The Court refers the parties to ECF No. 175 for the correct deadlines.**

_____
U.S. Magistrate Judge

**Dated: January 7, 2022**