Justin V. Alper, Esq.
Nevada Bar No. 12923C
3535 Executive Terminal Dr # 300
Henderson, NV 89052
Tel: (702) 361-2100
Email: jalper.law@gmail.com

*Pro Bono Attorney for Plaintiff
Bryan Dryden*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN DRYDEN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-01227-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO PROVIDE EXPERT REPORTS IN PREPARATION FOR THE SHOW CAUSE EVIDENTIARY HEARING** |

In preparation for the Evidentiary Hearing set for October 11, 2022 on this issue of the nurse's report document(s) in this case, the parties upon discussion and agreement agree that good cause exists, Plaintiff and Defendants, by and through counsel, Stipulate to extend the deadlines for providing each other's expert reports and rebuttals as follows:

1. The deadline for the defense to complete their investigation and provide an expert or rebuttal report shall be extended from August 26, 2022 to September 2, 2022.

2. Plaintiff shall have until September 9, 2022 to provide an expert report in response to the Defense's rebuttal report.

3. All paperwork, documents, reports, records, logs, and any other documentary evidence shall be provided between the parties by September 9, 2022.

4. Nothing in this Stipulation shall change the Court Hearing date as set for October 11, 2022.

DATED this 25th day of August , 2022.

By: */s/ Justin V. Alper*      Date: <u>August 25, 2022</u>
    Justin V. Alper (No. 12923C)
    *Attorney for Plaintiff*
    *Bryan Dryden*

AARON D. FORD
Attorney General

By: */s/ Leslie Nino Piro*      Date: <u>August 25, 2022</u>
    Leslie Nino Piro  (No. 11672)
    Office of the Attorney General
    *General Counsel*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2022