UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRYAN DRYDEN,<br><br>  Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>  Defendants. | Case No. 2:16-cv-1227-JAD-EJY<br><br>**ORDER TO PRODUCE<br>BRYAN DRYDEN #1070536** |

TO:   WARDEN, HIGH DESERT STATE PRISON;
      UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
      AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **BRYAN DRYDEN, #1070536**, is presently in custody of the Warden, High Desert State Prison, 22010 Cold Creek Road (P.O. Box 650), Indian Springs, Nevada 89070-0650.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **BRYAN DRYDEN, #1070536**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **October 11, 2022**, at the hour of **9:00 a.m.**, in LV Courtroom 3A to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **BRYAN DRYDEN, #1070536**, is released and discharged by the said Court; and that **BRYAN DRYDEN, #1070536**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

DATED this 7th day of September, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE