1  AARON D. FORD
    Attorney General
2  LORIN M. TAYLOR (Bar No. 14958)
    Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste 3900
   Las Vegas, Nevada 89101
5  (702) 486-2389 (phone)
   (702) 486-3773 (fax)
6  E-mail: lmtaylor@ag.nv.gov

7  *Attorneys for Defendant Ted Nielson*

8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  BRYAN DRYDEN,                          Case No. 2:16-cv-01227-JAD-EJY

12        Plaintiff,

13  v.                                     **STIPULATION AND ORDER TO
                                           EXTEND DISPOSITIVE MOTION
14  STATE OF NEVADA, *et al.*,             DEADLINE**

15        Defendants.                      **(THIRD REQUEST)**

16        Defendant Ted Nielson, by and through counsel, Aaron D. Ford, Nevada Attorney

17  General, and Lorin M. Taylor, Deputy Attorney General; and Plaintiff Bryan Dryden, by

18  and through counsel Justin V. Alper, hereby submit their second stipulation and agreement

19  to extend the deadline for dispositive motions and respectfully request that the Court

20  extend the dispositive motion deadline for a period of 30 days The Parties are requesting

21  the modify in good faith and the request is supported by good cause.

22        LR 26-3 requires that the extension of any date set by the discovery plan, scheduling

23  order, or other order must—as well as satisfying the requirements of LR IA 6-1 to explain

24  the reasons an extension is needed—demonstrate good cause for the extension.

25        Good cause to extend the deadline for dispositive motions exists. The dispositive

26  motions deadline is currently set for Saturday, May 13, 2023. In reviewing the grounds for

27  what would be Defendant's second Motion for Summary Judgment, Defendant requires

28  additional time to determine if there is enough new evidence to justify a new dispositive

1  motion or if such a motion would be entirely duplicative of ECF No. 137, which would be a

2  waste of the Parties' and this Court's time and resources. Neither party wants to do that,

3  and the additional 30-days will allow the Parties to determine if a new Motion for Summary

4  Judgment ought to be filed or if they should proceed to the Joint Pretrial Order.

5       Based on the foregoing, the Parties submit that good cause exists to grant the

6  requested extension and that the deadline for dispositive motions shall be extended 30 days

7  up to and including Monday, June 12, 2023.

8

9  DATED this 13th day of May, 2023       DATED this 13th day of May, 2023
and respectfully submitted by:       and approved as to form and content by:

10  AARON D. FORD
Attorney General

11

12    /s/  Lorin M Taylor           /s/  Justin V. Alper
LORIN M. TAYLOR (Bar No. 14958)    JUSTIN V. ALPER, (Bar No. 12923C)
555 E. Washington Avenue, Suite 3900   3535 Executive Terminal Dr. #300

13  Las Vegas, Nevada 89101          Henderson, Nevada89052
lmtaylor@ag.nv.gov             jalper.law@gmail.com

14

15  *Attorneys for Defendant*           *Attorney for Plaintiff*

16

17

18  **IT IS SO ORDERED:**

19

20  _____
UNITED STATES MAGISTRATE JUDGE

21  DATED: ___May 15, 2023_____

22

23

24

25

26

27

28