AARON D. FORD
  Attorney General
Lorin M. Taylor, Bar No. 14958
  Deputy Attorney General
Victoria C. Corey, Bar No. 16364C
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste 3900
Las Vegas, NV 89101
Tel: (702) 486-2389
Fax: (702) 486-3773
lmtaylor@ag.nv.gov
vcorey@ag.nv.gov

*Attorneys for Defendant Ted Nielson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN DRYDEN,<br><br>　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　Defendants. | Case No. 2:16-cv-01227-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND PROPOSED JOINT PRETRIAL ORDER DEADLINE**<br><br>**(THIRD REQUEST)** |

Defendant Ted Nielson, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Lorin M. Taylor, Deputy Attorney General, and Victoria C, Corey, Deputy Attorney General; and Plaintiff Bryan Dryden, by and through counsel Justin V. Alper hereby submit their third stipulation and agreement to extend the deadline for dispositive motions and respectfully request that the Court extend the deadline to file a proposed joint pretrial order to November 17, 2023. The Parties are requesting the modification in good faith and the request is supported by good cause.

LR 26-3 requires that the extension of any date set by the discovery plan, scheduling order, or other order must—as well as satisfying the requirements of LR IA 6-1 to explain the reasons an extension is needed—demonstrate good cause for the extension.

Good cause to extend the deadline to file a proposed joint pretrial order exists. Deputy Attorney General Victoria C. Corey has recently been added to the case in

preparation to take over when Deputy Attorney General Lorin M. Taylor transfers divisions in October of 2023. Additionally, Deputy Attorney General Lorin M. Taylor has been severely sick over the past few weeks, and was unable to come in office and work for over a week, and she is currently catching up on her deadlines. Lastly, Plaintiff's Counsel Justin V. Alper requires additional time to prepare a potential exhibit list, as there has been a total of six depositions in this case, an evidentiary hearing including nine witnesses, and hundreds of medical and other institutional documents that Plaintiff's Counsel needs more time to review. Plaintiff's Counsel and Defense Counsel have been working well together and believe they can continue working together to attempt to streamline this trial and potentially stipulate to evidence, facts, and potential witnesses.

Based on the foregoing, the Parties submit that good cause exists to grant the requested extension and that the deadline to submit a proposed joint pretrial order be moved to November 17, 2023.

DATED this 7th day of September, 2023 and respectfully submitted by:
AARON D. FORD
Attorney General

 /s/ *Victoria C. Corey*
LORIN M. TAYLOR (Bar No. 14958)
VICTORIA C. COREY (Bar No. 16364C)
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
lmtaylor@ag.nv.gov

*Attorneys for Defendant*

DATED this 7th day of September, 2023 and approved as to form and content by:

 /s/ *Justin V. Alper*
JUSTIN V. ALPER, (Bar No. 12923C)
3535 Executive Terminal Dr. #300
Henderson, NV 89052
jalper.law@gmail.com

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: 9-13-23