AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9245 (phone)
(702) 486-3773 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendant*
*Ted Nielson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN DRYDEN,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants | Case No. 2:16-cv-01227-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Bryan Dryden, by and through counsel, Justin V. Alper, Esq., under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 14th day of June, 2024.    DATED this 14th day of June, 2024.

                                              AARON D. FORD
                                              Attorney General

*/s/ Justin V. Alper*    */s/ Victoria C. Corey*
JUSTIN V. ALPER, (Bar No. 12923C)    Victoria C. Corey, (Bar No. 16364)
*Attorney for Plaintiff*    *Attorneys for Defendant*

### ORDER

Based on the parties' stipulation [ECF No. 271] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

                                              6/14/24
                              UNITED STATES DISTRICT JUDGE